Lawrence M. Otter, Harrisburg, for James R. Barbre and Robert E. Cole.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of April, 2012, the Order of the Commonwealth Court dated March 7, 2012 is **REVERSED** and Appellant, Andrew Gales' name **SHALL BE PRINTED ON THE BALLOT.**

Opinion to follow.

Justice ORIE MELVIN notes her dissent.

In re Nomination Petition of George M. SCHROECK.

Supreme Court of Pennsylvania.

Submitted March 21, 2012.
Decided April 5, 2012.

Felicia Raye Schroeck, Erie, for George M. Schroeck.

Charles Anthony Pascal Jr., for David R. Wolfe.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of April, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**